No. 218. DAINARD *v.* JOHNSTON, WARDEN. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Solicitor General McGrath* and *Mr. Robert S. Erdahl* for respondent.

No. 336. GARDNER *v.* RAILROAD RETIREMENT BOARD. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will C. Hurst* for petitioner. *Solicitor General McGrath, Messrs. Myles F. Gibbons* and *David B. Schreiber* for respondent.

No. 367. SYKES *v.* SANFORD, WARDEN. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Solicitor General McGrath* for respondent.

No. 376. LINDSEY *v.* LEAVY ET AL. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 398. McMAHAN *v.* JOHNSTON, WARDEN. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Petitioner *pro se. Solicitor General McGrath* for respondent.

No. 462. WILSON *v.* ILLINOIS. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.